UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                   Case No. 05-80493
                                        Magistrate Judge R. Steven Whalen

MARCUS D. GILBERT,

        Defendant.
_____/

## ORDER TO ADJOURN
## REMOVAL HEARING DATE

**UPON THE STIPULATION** of the parties to adjourn the Removal Hearing and to the finding of excludable delay;

**IT IS HEREBY ORDERED** that the Removal Hearing be adjourned from June 23, 2005 to July 25, 2005 at the 1:00 p.m. duty call.

**IT IS THE FINDING OF THE COURT** that the period of time from June 23, 2005 until July 25, 2005 is excludable delay, in that the need to preserve the Defendant's rights to due process and effective assistance of counsel, outweigh the interests of the public and the Defendant in a speedy trial, pursuant to 18 U.S.C. §3161(h)(8)(A).

                                              s/R. Steven Whalen
                                              R. STEVEN WHALEN
                                              UNITED STATES MAGISTRATE JUDGE

Dated: June 21, 2005

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 21, 2005.

                                                          s/Gina Wilson
                                                          Judicial Assistant